Phillip RUTH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 65371.

Missouri Court of Appeals, Western District.

Aug. 1, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 26, 2006.

Application for Transfer Denied Oct. 31, 2006.

Phillip Anthony Ruth, Bowling Green, MO, pro se.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before SMART, P.J., ULRICH and HARDWICK, JJ.

### ORDER

PER CURIAM.

Phillip Ruth appeals from a judgment denying his Rule 74.06 motion to re-open post-conviction proceedings. Because

of this case, the mismatch rises to the level of

Ruth's motion failed to state a proper claim for relief under Rule 74.06, we affirm the motion court's judgment.

No precedential purpose would be served by a published opinion, however, we have provided the parties with a Memorandum explaining the reasons for our decision. AFFIRMED. Rule 84.16(b).